■ GERALDINE M. FITZGERALD, Appellant, v. TOWN OF OYSTER BAY et al., Respondents, and HARBOUR GREEN CIVIC ASSOCIATION, INC., et al., Intervenors-Respondents.— Motion by intervenors-defendants-respondents to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the March Term, beginning February 27, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 27, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ LEONARD E. GOLDITCH, Respondent, v. LEONA FRANCIS, Appellant.— Motion by appellant for a stay of all proceedings pending appeal, granted to the extent of staying the trial on condition that appellant perfect the appeal and be ready to argue or submit it at the January Term, beginning January 3, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before December 19, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of MAURICE S. BARUCH, an Attorney, Respondent, DENIS M. HURLEY, Petitioner.— Motion to confirm the report of the Official Referee, recommending that respondent be censured, granted, except as to the degree of punishment recommended. In our opinion, the serious charges against respondent, having been established and admitted, necessitate more stringent disciplinary action than the censure recommended by the Referee. Accordingly, the respondent is suspended from the practice of law for a period of five years. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of WILLIAM BOWMAN, Appellant, et al., Petitioners, v. PAUL D. McGINNIS, as Commissioner of Correction of the State of New York, Respondent. In the Matter of RALPH A. LaVALLEY, Appellant, v. PAUL D. McGINNIS, as Commissioner of Correction of the State of New York, Respondent. In the Matter of BISMARK BENNETT, JR., Appellant, et al., Petitioners, v. PAUL D. McGINNIS, as Commissioner of Correction of the State of New York, Respondent. In the Matter of LEON CHAVEROUS, Appellant, et al., Petitioners, v. PAUL D. McGINNIS, as Commissioner of Correction of the State of New York, Respondent.— Motions by appellants to extend their time to perfect the appeals granted; time extended to the February Term, beginning January 30, 1961. The appeals are ordered on the calendar for said term. Appellants' briefs must be served and filed on or before January 9, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of the Arbitration between GENEVIEVE DE TURRIS et al., Respondents, and GREAT AMERICAN INSURANCE COMPANY, Appellant.— Motion by respondents to dismiss appeals denied on condition that appellant perfect the appeals and be ready to argue or submit them at the January Term, beginning January 3, 1961. The appeals are ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before December 16, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.